IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HARDEN, Biological Father of H.M.H, <br><br>Plaintiff, <br><br>vs. <br><br>STATE OF NEBRASKA, AMBER RENE SABIN, Biological Mother of H.M.H.; JAMES WALTER CRAMPTON, in his Official and Unofficial Capacity; BARBARA PROKUPEK, Cass County Clerk of the Court, in her Official and Unofficial Capacity; FEDERAL BUREAU OF INVESTIGATIONS, (Omaha Branch) in it's Official Capacity; JEREMY SEAVEY, SHARON MCGEE, JUDGE MICHAEL SMITH, in his Official and Unofficial Capacity; and ANY AND ALL UNKNOWN PERSONS, in their Official and Unofficial Capacities; <br><br>Defendants. | 8:21CV307 <br><br><br>MEMORANDUM AND ORDER |

On January 20, 2022, the court granted Plaintiff until February 18, 2022, to file an amended complaint. (Filing 14.) Plaintiff has filed a Motion for Extension of Time (Filing 15) to file his amended complaint until April 25, 2022, "due to limited access to legal . . . information." Plaintiff's Motion will be granted.

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time (Filing 15) to file an amended complaint is granted;

2. Plaintiff's amended complaint shall be filed on or before April 25, 2022; and

3. The Clerk of Court shall change the case-management deadline for the filing of Plaintiff's amended complaint to April 25, 2022.

DATED this 8th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge