IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HARDEN, Biological Father of H.M.H; <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEBRASKA, AMBER RENE SABIN, Biological Mother of H.M.H.; JAMES WALTER CRAMPTON, in his Official and Unofficial Capacity; BARBARA PROKUPEK, Cass County Clerk of the Court, in her Official and Unofficial Capacity;  FEDERAL BUREAU OF INVESTIGATIONS, (Omaha Branch) in it's Official Capacity; JEREMY SEAVEY, SHARON MCGEE, JUDGE MICHAEL SMITH, in his Official and Unofficial Capacity; and  ANY AND ALL UNKNOWN PERSONS, in their Official and Unofficial Capacities; <br><br> Defendants. | 8:21CV307 <br><br><br> MEMORANDUM AND ORDER |

On January 20, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 14.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 14 at CM/ECF p. 6.) At Plaintiff's request, the court twice extended the deadline to file an amended complaint to April 25, 2022, and June 1, 2022. (Filings 16, 18.) To date, Plaintiff has not filed an amended complaint as ordered.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 6th day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2